[No. 29245-2-III. Division Three. November 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AIMEE M. KEMPE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-03684-6, Harold D. Clarke III, J., entered July 20, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29426-9-III. Division Three. November 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LEILANI MARIANO DIMISILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-8-00273-4, Maryann C. Moreno, J., entered October 1, 2010. *Dismissed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 38256-3-II. Division Two. November 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART ALAN BACHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00221-3, Richard L. Brosey, J., entered August 27, 2008. *Remanded* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 40484-2-II. Division Two. November 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH LYNDEN GALLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01645-7, Richard D. Hicks, J., entered March 17, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.